**Order entered July 27, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01321-CV

### MARK RINES, Appellant

### V.

### CITY OF CARROLLTON, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07615**

## ORDER

Before the Court is appellant's July 25, 2017 motion for extension of time to file a reply brief. In his motion, appellant also asks this Court to reconsider its July 17, 2017 order denying his request to enlarge the word limit. We **GRANT** appellant's motion **to the extent** that we **ORDER** appellant's reply brief filed no later than **July 31, 2017**. Appellant's request for reconsideration of our previous order is **DENIED**.

/s/     CRAIG STODDART
JUSTICE